STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Steven William Usdin
Barrasso, Usdin, Kupperman
909 Poydras St., #2400
New Orleans LA 70112

Edward R. Wicker, Jr.
Barrasso, Usdin, Kupperman
909 Poydras St., #2400
New Orleans LA 70112

Stephen L. Miles
Barrasso, Usdin, et al.
909 Poydras St., Suite 2400
New Orleans LA 70112

Harry Alston Johnson, III
Phelps, Dunbar
400 Convention St., Suite 1100
Baton Rouge LA 70802

## REHEARING ACTION: April 9, 2014

**Docket Number: 13   00972-CA**

**GEORGE RAYMOND WILLIAMS, M.D., ET AL.
VERSUS
SIF CONSULTANTS OF LOUISIANA, INC., ET AL.**

**Appealed from St. Landry Parish Case No. 09-C-5244-C**

**BEFORE JUDGES:**

> **Hon. Ulysses Gene Thibodeaux
> Hon. John D. Saunders
> Hon. Jimmie C. Peters**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Executive Risk Specialty Ins. Co.** has this day been

> **DENIED.**

cc: Charles Thach Curtis  Jr., Counsel for the Appellee
Gerard George Metzger, Counsel for the Appellee
John Stanton Bradford, Counsel for the Appellee
William Boyce Monk, Counsel for the Appellee
Stephen Barnett Murray, Counsel for the Appellee
James P. Ryan, Counsel for the Appellee
Thomas Allen Filo, Counsel for the Appellee
Michael Kevin Cox, Counsel for the Appellee
Stephen Barnett Murray, Jr., Counsel for the Appellee
Arthur M. Murray, Counsel for the Appellee
Nicole A. Ieyoub-Murray, Counsel for the Appellee
Patrick Craig Morrow, Sr., Counsel for the Appellee
Randall Kurt Theunissen, Counsel for the Appellant
Michael Edward Parker, Counsel for the Appellant
D. Paul Gardner, Jr., Counsel for the Appellant
Michael J. Rosen, Counsel for the Appellant